IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IMANI EL BEY,
a/k/a KAWANA BROWN,

    Plaintiff,

v.                                    Case No. 4:17cv362-MW/CAS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a court order pursuant to Florida Rule of Civil Procedure 41(b). All pending motions are **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 19, 2017.**

                                                s/Mark E. Walker          ____
                                                **United States District Judge**